IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH PUGH,

    Plaintiff,

vs.                                                       5:05-CV-202-SPM

STEVE RETHERFORD, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 12) filed December 29, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections on January 5, 2006 (doc. 13).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Petitioner's "objection" is more in the form of an explanation as to why he has failed to respond to court orders. Plaintiff states that because he is no longer receiving financial support, he is unable to pay the initial filing fee of $23.30. Plaintiff also admits that he was "premature" in initiating his suit against

Defendants.  While the inability to pay does not excuse failure to comply with a court order, it does appear that the case should be dismissed until such time as Plaintiff's claims are ripe for review and he is able to proceed *in forma pauperis*.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order.

2. This case is hereby *dismissed* without prejudice.

**DONE AND ORDERED** this tenth day of January, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao